UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANGEL ACOSTA, individually,
and MARIA T. ACOSTA, his wife,

    Plaintiffs,

Vs.

HEALTHSPRING OF FLORIDA, INC., d/b/a
LEON MEDICAL CENTERS HEALTH
PLANS INC., a Florida Corporation,

    Defendant.

_____/

## HEALTHSPRING'S NOTICE OF REMOVAL

    Defendant, HEALTHSPRING OF FLORIDA, INC., d/b/a LEON MEDICAL CENTERS HEALTH PLANS, INC., ("HealthSpring"), by and through undersigned counsel, hereby files its Notice of Removal of this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida to this, the United States District Court for the Southern District of Florida and state in support thereof as follows.

    1.    On or about August 17, 2010, Plaintiffs filed their Complaint against Defendant in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in the action bearing Case No. 10-44640CA25.[1] The Complaint was served upon the defendant's statutory agent for service of process, CT Corporation, on August 18, 2010. *See* Summons included in the file attached hereto as Composite Exhibit "A."

---

[1] Copies of all documents retrieved from the Circuit Court file are attached hereto as Composite Exhibit "A."

2. Plaintiffs' Complaint alleges two counts for Breach of Contract pursuant to Plaintiff Angel Acosta's membership to HealthSpring's Medicare Advantage Health Plan. See Compl. ¶ 8, 15, 19.

3. HealthSpring, a Health Maintenance Organization, whose Medicare Advantage Health Plan is approved and administered pursuant to the Medicare Part C, 42 C.F.R. § 400 *et seq.* ("Medicare Part C).

4. Plaintiffs' Complaint alleges HealthSpring failed to approve a surgical procedure and transfer of patient to another hospital in a timely manner, pursuant to the membership benefits to which Plaintiffs were entitled. Plaintiffs' Breach of Contract claims bring into question HealthSpring's administration of member benefits under the Medicare health plan, and any such State claim is pre-empted by federal law pursuant to 42 CFR 422.402. The relevant section, Medicare Advantage Program, subpart I, states:

> ***422.402 - Federal preemption of State law.***
> ***The standards established under this part supersede any State law or regulation (other than State licensing laws or State laws relating to plan solvency) with respect to the MA plans that are offered by MA organizations.***

42 C.F.R. § 422.402 (2005) (emphasis added).

5. Plaintiffs' Complaint is removable to the United States District Court for the Southern District of Florida because the Complaint presents a federal question. Specifically, 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. Plaintiffs' contract claims convey original jurisdiction over this action to this court. HeathSpring is entitled to remove this action to the District Court in accordance with 28 U.S.C. § 1441(a).

6. The filing of this Notice for Removal is timely because less than thirty days have elapsed since the date of service – August 17, 2010. Section 1446(b) provides:

2

The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter.

28 U.S.C. § 1446(b).

7.  Written notice of the filing of this Notice of Removal has been given to Plaintiffs through their counsel, and a copy of the Notice of Removal was filed with the Clerk of the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in compliance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, HEALTHSPRING OF FLORIDA, INC., d/b/a LEON MEDICAL CENTERS HEALTH PLANS, respectfully request that the above matter now pending against Defendants in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 10-1044640CA25, be removed to the United States District Court for the Southern District of Florida.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for HealthSpring
515 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(954) 525-1000
(954) 463-2030 (fax)
email: marie.lefere@hklaw.com

By: s/Marie Lefere
    Marie Lefere
    FL Bar No. 396354

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th day of September, 2010**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Marie Lefere
Marie Lefere
FL Bar No. 396354

## SERVICE LIST

Ralph G. Patino, Esq.
Patino & Associates, P.A.
225 Alcazar Avenue,
Coral Gables, FL, 33134
rpatino@patinolaw.com
Telephone: (305) 443-6163
Fax: (305) 443-5635
*Counsel for Plaintiffs*
[via U.S. Mail]

Marie Lefere
Holland & Knight LLP
515 East Las Olas Boulevard
Suite 1200
P.O. Box 14070
Fort Lauderdale, Florida 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
*Counsel for HealthSpring*
[via U.S. Mail]

#9762341_v1